**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7578**

CHARLIE SCOTT,

                 Petitioner - Appellant,

     v.

KENNY ATKINSON, Warden FCI Edgefield; UNITED STATES PAROLE
COMMISSION,

                 Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Richard Mark Gergel, District
Judge.  (9:13-cv-02936-RMG)

Submitted:  March 12, 2015         Decided:  March 16, 2015

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charlie Scott, Appellant Pro Se.  Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlie Scott, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Scott v. Atkinson, No. 9:13-cv-02936-RMG (D.S.C. Oct. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED